# HARVARD LAW LIBRARY

# JULY TERM, 1870, AT LANSING.

---

## John Torrent v. The Muskegon Booming Co.

*Practice in the Supreme Court: Premature Notice.* It is irregular to notice an appeal in Chancery, before the expiration of the time for filing the transcript.

*Heard and decided July 6.*

*D. D. Hughes* moves to strike this cause from the docket for hearing at this term, for the reason that it was noticed for hearing before the expiration of the time for filing the transcript.

Motion granted.